United States District Court

For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8  **OLIVE BOTOR**
9          Plaintiff,                    No. C-**12-03218** JSC
10         v.                            **ORDER OF CONDITIONAL DISMISSAL**
11 **DIVERSIFIED COLLECTIONS
   SERVICES, INC.**
12
13         Defendant.
   _____/
14

15         The parties hereto, by their counsel, having advised the Court that they have agreed to a

16 settlement of this cause,

17         IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate

18 on or before thirty (30) days for the purpose of proceeding with the litigation in the event a settlement

19 has not been completed prior to that date.  In the event a request to reinstate the case is not filed and

20 served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

21 IT IS SO ORDERED.

22 Dated: October 26, 2012

23                                      _____
                                       JACQUELINE SCOTT CORLEY
24                                     United States Magistrate Judge

25
26
27
28